MEMO ENDORSED

# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

February 3, 2020

**BY ECF**  
Hon. Nelson S. Roman  
United States District Judge  
The Hon. Charles L. Brieant Jr.  
Federal Building and United States Courthouse  
300 Quarropas St.  
White Plains, NY 10601-4150

       Re: Molina Francisco et al v. Sundance Kitchen Inc. et al  
          7:19-cv-05585-NSR

Dear Judge Roman:

    This firm represents Plaintiffs in the above-referenced action. We write with the consent of defense counsel to respectfully request an adjournment of the initial conference scheduled for February 7, 2020, as that date conflicts with other previously scheduled court appearances.

    We thank the Court for its attention to this matter.

                                 Respectfully submitted,

                             By:    /s/ Michael Faillace  
                                   Michael A. Faillace  
                                   60 East 42nd Street, Suite 4510  
                                   New York, New York 10165  
                                   Telephone: (212) 317-1200  
                                   Facsimile: (212) 317-1620  
                                   *Attorneys for Plaintiff*

> Initial Pretrial Conf scheduled for Feb. 7, 2020 is adjourned *sine die*. Counsel are directed to submit a completed Case Mgmt Plan to chambers on or before Feb. 7, 2020. Clerk of the Court requested to terminate the motion (doc. 21). Dated: Feb. 3, 2020
>
> SO ORDERED:  
> /s/ Nelson S. Roman  
> HON. NELSON S. ROMAN  
> UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE: 2/3/2020

*Certified as a minority-owned business in the State of New York*