

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Molina,

       Plaintiff,

- *against* -

Sundance Kitchen Inc., et al.,

       Defendants.

19 Civ. 5585 (PED)

**ORDER APPROVING SETTLEMENT**

**PAUL E. DAVISON, U. S. M. J.:**

By letter dated December 9, 2019, the parties seek approval, pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), of their settlement of plaintiff's Fair Labor Standards Act ("FLSA") claims. [Dkt. 33.]

Having reviewed the settlement agreement, and considered the representations of counsel, the Court is satisfied that the settlement represents a fair and reasonable compromise of contested issues, and that counsel's fee falls within an acceptable range. See Lin v. Grand Sichuan 74th Street, No. 15-CV-2950 (RA), 2018 U.S. Dist. LEXIS 110266 at *15-16 (S.D.N.Y. July 2, 2018).

Accordingly, the settlement agreement is **APPROVED**. This case is **DISMISSED WITH PREJUDICE.**

Dated: June 25, 2020
   White Plains, New York

**SO ORDERED**

Paul E. Davison, U.S.M.J.